# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LEON MINNIEFIELD,**                                                         **PLAINTIFF**

**VS.**                                **NO. 4:06cv87-GHD-EMB**

**DOLLAR GENERAL CORPORATION, ET AL.,**            **DEFENDANTS**

## ORDER

Before the Court is the motion of Leon Minnefield for leave to proceed *in forma pauperis* in this ERISA action. The Court, having duly considered the submissions of plaintiff, finds the motion should be granted; however, plaintiff has failed to provide address information for service of process of the named defendants. Therefore, it is

**ORDERED:**

1. That on or before September 22, 2006, plaintiff shall provide the proper address information *for service of process* for the named defendants, including the address for any agent for service of process.

2. That should plaintiff fail to comply with this order, it shall be my recommendation that the instant motion be denied and that this case be closed.

**SO ORDERED** this 5th day of September, 2006.

                                                       **/s/ Eugene M. Bogen**
                                                       **U. S. MAGISTRATE JUDGE**