

RECEIVED
MAY 1 8 2006
COURT
NORTHERN DISTRICT OF MISSISSIPPI

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**

**FILED**

SEP 13 2006

ARLEN B. COYLE, CLERK
BY _____ Deputy

LEON MINNIEFIELD                                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. *4:06CV87-D-B*

DOLLAR GENERAL CORPORATION
AND AMERICAN FUNDS                                                DEFENDANTS

### COMPLAINT

COMES NOW Leon Minniefield, Plaintiff in the above-styled action and states the

following:

1.

Plaintiff, Leon Minniefield, is an individual adult resident citizen of the City of Indianola,

Sunflower County, State of Mississippi.

2.

Defendant, Dollar General Corporation (hereinafter "Dollar General") is a corporation

organized and existing under the laws of the State of Mississippi, engaged in the distribution of

consumer products within the Northern District of Mississippi.

3.

Defendant, American Funds, is the plan administrator for retirement and employment

benefits for Dollar General and its employees.

4.

Jurisdiction of this Court is invoked pursuant to Section 502(e) of the Employment

Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(e), 28 U.S.C. Section 1331,

and the doctrine of pendent jurisdiction for wrongful discharge and related claims.

5.

Plaintiff was employed by Dollar General on April 21, 1998 as a yard jockey and was

continuously in Defendant's employ until May 19, 2005 when he was wrongfully discharged for

alleged misconduct. Said discharge was done in violation of the Defendant's own policies and

procedures.

6.

As a result of the discharge by Dollar General, Plaintiff suffered the loss and termination

of retirement and employment benefits affecting the security and well-being of himself and his

family, as well as, other extensive damages.

7.

Plaintiff seeks reinstatement to his former job at Dollar General retroactive to the date of

his discharge, without any break in his seniority.

8.

Plaintiff further seeks damages for lost wages and benefits, humiliation, mental and

emotional distress, punitive damages, reinstatement into the Dollar General retirement and

benefits plan and other equitable relief.

WHEREFORE, Plaintiff prays that his Complaint will be received and filed and that the

Court will enter an order granting the following relief:

(a) Reinstatement to former position with Dollar General;

(b) Reinstatement of retirement and employment benefits retroactive to the date

of discharge from employment;

©) Lost wages from the date of discharge;

(d) Damages for wrongful discharge, humiliation, and emotional distress;

(e) Punitive damages for Defendant's wrongful discharge;

(f) All other relief to which Plaintiff may be entitled.

Respectfully Submitted,

LEON MINNIEFIELD
Plaintiff

STATE OF MISSISSIPPI
COUNTY OF WASHINGTON

PERSONALLY APPEARED BEFORE ME, the undersigned authority in the jurisdiction

aforesaid, the within named LEON MINNIEFIELD, who upon oath, states that the facts and

matters stated herein are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED BEFORE ME this _17_ day of _May_ , 2006.

NOTARY PUBLIC

My Commission Expires:

My Commission Expires
January 9, 2007