IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
DEC 12 2006
ARLEN D. COILE, CLERK
By_____ Deputy

LEON MINNIEFIELD                              PLAINTIFF

VS.                              CIVIL ACTION NO. 4:06CV087-D-B

DOLLAR GENERAL CORPORATION
AND AMERICAN FUNDS                      DEFENDANTS

FILED
APR 16 2007
DAVID CREWS, CLERK
By_____ Deputy

## AMENDED COMPLAINT

COMES NOW the Plaintiff, Leon Minniefield, and states the following:

1.

Plaintiff hereby realleges all allegations contained in the original Complaint filed in this cause.

2.

As a full time employee of Dollar General Corporation, Plaintiff was a participant in the company's Retirement Plan and Investment Plan as administered through American Funds. Said Plans provided for certain employer matching funds upon an employee attaining sufficient years of employment to become vested.

3.

Plaintiff was accorded good job performance evaluations throughout his tenure as an employee with Dollar General. The discharge of Plaintiff on May 19, 2005 for alleged misconduct was not for good cause.

4.

The Defendant's discharge of Plaintiff herein constituted pretext for the Defendant's unlawful interference with Plaintiff's attainment of rights under the employee retirement and

investment plans described herein, in violation of the Employment Retirement Income Security Act of 1974, 29 U.S.C. Section 1140.

WHEREFORE, Plaintiff prays that the Court will receive and file this Amended Complaint and upon final hearing, will grant the following relief:

- A. Declare that the discharge of Plaintiff by Defendant was not for good cause and constituted unlawful interference with Plaintiff's attainment of rights under the Defendant's retirement and investment benefit plans ;

- B. Award Plaintiff all employee benefits to which he would be entitled under the Dollar General benefit plans retroactive to the date of discharge of Plaintiff from his employment;

- C. Award Plaintiff compensatory and punitive damages for the Defendant's violations of Plaintiff's rights under the federal law herein;

- D. Grant such other and further relief as the Court deems just and proper .

Respectfully Submitted,

*Leon Minniefield*
LEON MINNIEFIELD

## CERTIFICATE OF SERVICE

I, Leon Minniefield, certify that I have served a copy of the above Plaintiff's Amended Complaint by regular mail, postage prepaid, addressed to the following:

>Edward F. Harrold
>Fisher & Phillips, LLP
>201 St. Charles Avenue, Suite 3710
>New Orleans, Louisiana 70170

This the 7th day of December, 2006.

>*Leon Minniefield*
>Leon Minniefield, Plaintiff