IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LEON MINNIEFIELD,

          **Plaintiff,**

VERSUS                                                   CIVIL ACTION NO. 4:06CV087-D-B

DOLLAR GENERAL CORPORATION
AND AMERICAN FUNDS

          **Defendants.**

## ORDER DISMISSING CLAIM

On consideration of defendant Dolgencorp, Inc.'s (identified as Dollar General Corporation in the complaint) Motion to Dismiss, and the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated April 16, 2007, was on that date duly served by regular mail upon the *pro se* plaintiff and electronically upon counsel for the defendant; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated April 16, 2007, is hereby approved and adopted as the opinion of the Court.

    2. That defendant's Motion to Dismiss is granted only in part, and that plaintiff's wrongful termination claim is hereby **DISMISSED** with prejudice for failure to state a claim.

    THIS, the 14th day of May, 2007.

                                                                        **CHIEF JUDGE**