IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI,
GREENVILLE DIVISION

LEON MINNEFIELD,

               Plaintiff,

VERSUS                                        CIVIL ACTION NO. 4:06CV087-D-B

DOLLAR GENERAL CORPORATION
AND AMERICAN FUNDS

               Defendants.

## ORDER DISMISSING DEFENDANT

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated April 27, 2007, was on that date duly served by regular mail upon the *pro se* plaintiff and electronically upon counsel for the defendant; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated April 27, 2007, is hereby approved and adopted as the opinion of the Court.

2. That Defendant, American Funds is hereby **DISMISSED** without prejudice from this lawsuit.

THIS, the 21st day of May, 2007.

                                                                            CHIEF JUDGE