IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LEON MINNIEFIELD                                                                           PLAINTIFF

v.                                                                                              NO. 4:06cv87

DOLLAR GENERAL CORPORATION                                                     DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and record of this action, the Court finds the Report and Recommendation of the United States Magistrate Judge dated December 10, 2007, was on that date duly served by regular mail upon plaintiff and counsel for the defendant; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

l. That the Report and Recommendation of the United States Magistrate Judge dated December 10, 2007, is approved and adopted as the opinion of the Court;

2. That this case is hereby **DISMISSED** for Plaintiff's failure to prosecute and failure to obey an order of the Court pursuant to Fed.R.Civ.P. 41(b); and

3. That the Clerk shall forthwith **CLOSE** this case.

**THIS**, the 22nd day of January, 2008.

                                                                                      /s/ Sharion Aycock
                                                                                    U. S. DISTRICT JUDGE